Imogene Crutchfield, Administratrix of Estate of Jerry Wayne Crutchfield, a Minor, Deceased, Appellant, v. William Meyer and Edward Meyer, Copartners, Trading Under Name and Style of William Meyer Coal Company, Appellees.

Gen. No. 45,709.

Irving G. Zazove, and Harry Pikowsky, for appellant; Hinshaw & Culbertson, for appellees; Oswell G. Treadway, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 9, 1952; released for publication June 30, 1952.

Wallace Nelson, Appellant, v. Harry J. McMahon, Administrator of Estate of John McMahon, Deceased, Appellee.

Gen. No. 45,439.

James A. Dooley, for appel-

lant; Kirkland, Fleming, Green, Martin & Ellis, for appellee; David Jacker, and Charles M. Rush, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 9, 1952; released for publication June 30, 1952.

## Clare Freehill, Appellee, v. Benjamin J. Gorny and S. Charles Bubacz, Defendants. On Appeal of Benjamin J. Gorny, Appellant.

### Gen. No. 45,781. 

Sol I. Dvorkin, for appellant; Church, Good, Bobinette & Lewis, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 9, 1952; released for publication June 30, 1952.

## William W. Heise, Appellant, v. Chicago Board of Underwriters, Appellee.

### Gen. No. 45,785. 

